**Order filed, March 08, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-17-00384-CV
_____

## MIDTOWN PARK DEVELOPMENT LTD, PAUL T. YOUNG AND HORIZON 2003, LLC, Appellants

## V.

## LOUIS F. GOZA, Appellee

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 14-CV-0010**

## ORDER

The reporter's record in this case was due February 22, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jennifer Hall, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM